Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0240

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET 6:11-mj-0062-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER |
| v. | ) | THEREON |
| | ) | |
| SEAN TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant having met all conditions of deferral, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon.

Dated: September 17, 2012          NATIONAL PARK SERVICE


 /s/ Matthew McNease
Matthew McNease
Acting Legal Officer


**ORDER**

IT IS SO ORDERED.

Dated:   September 19, 2012        /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

1